UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In Re:

Daniel Benyamin a/k/a Daniel Benyaminov,                Case No. 17-12677-mg
d/b/a Benyamin Construction and Remodeling, LLC
and Lucy Benyamin, d/b/a/Benyamin                       Chapter 11
Construction and Remodeling, LLC

        Debtors.
-------------------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of Ditech Financial LLC (the "Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**Michael A. Samuels**
**RAS BORISKIN LLC**
**900 MERCHANTS CONCOURSE**
**WESTBURY, NY 11590**

Dated: April 18, 2018
      Westbury, NY

                                      RAS BORISKIN, LLC
                                      Attorney for Secured Creditor
                                      900 Merchants Concourse
                                      Westbury, NY 11590
                                      Phone: (516) 280-7675
                                      Fax:   (516) 280-7674

                                      By: /s/Michael A. Samuels
                                      Michael A. Samuels
                                      Email: msamuels@rasboriskin.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In Re:

Daniel Benyamin a/k/a Daniel Benyaminov,    Case No. 17-12677-mg
d/b/a Benyamin Construction and Remodeling, LLC
and Lucy Benyamin, d/b/a/Benyamin    Chapter 11
Construction and Remodeling, LLC

                Debtors.
-----------------------------------------------------------------x

## CERTIFICATION OF SERVICE

**I HEREBY CERTIFY** that on April 18, 2018, I caused the foregoing Notice of Appearance and Request for Service to be electronically filed with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF and United States Mail to the following parties:

Randy M. Kornfeld, Esq.
Kornfeld & Associates, P.C.
240 Madison Avenue, 8th Floor
New York, NY 10016

Daniel Benyamin
c/o Randy Kornfeld & Associates, P.C.
240 MADISON AVENUE, 8th flr.
New York, NY 10016

Lucy Benyamin
c/o Randy Kornfeld & Associates, P.C.
240 MADISON AVENUE, 8th flr.
New York, NY 10016

United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

Board of Managers of Renaissance Condominium
319 East 105th Street
New York, NY 10029

Stephen M. Lasser, Esq.
Lasser Law Group, PLLC
10 East 39th Street, 12th Floor
New York, NY 10016

Elizabeth Doyaga, Esq.
Frenkel Lambert Weiss Weisman & Gordon LLP
53 Gibson Street
Bay Shore, NY 11706

Dated: April 18, 2018
      Westbury, NY

                              RAS BORISKIN, LLC
                              Attorney for Secured Creditor
                              900 Merchants Concourse
                              Westbury, NY 11590
                              Phone: (516) 280-7675
                              Fax:    (516) 280-7674

                              By: <u>/s/Michael A. Samuels</u>
                              Michael A. Samuels
                              Email: msamuels@rasboriskin.com