# KORNFELD & ASSOCIATES, P.C.
ATTORNEYS AT LAW
240 MADISON AVENUE
8TH FLOOR
NEW YORK, NY 10016

RANDY M. KORNFELD

OF COUNSEL

SAMUEL L. BRAUNSTEIN *
AMY E. TODISCO **

ADMITTED IN CT & TEXAS *
ADMITTED IN CT ONLY **

(212) 759-6767
FAX: (212) 759-6766
WWW.KORNFELDASSOCIATES.COM

ONE ELIOT PLACE
FAIRFILED, CONNECTICUT 06430
(203) 254-1118
FACSIMILE (203) 254-2453

May 30, 2018

**VIA ECF**

Honorable Martin Glenn
United States Bankruptcy Judge
United States Bankruptcy Court
U.S. Bankruptcy Courthouse
One Bowling Green
New York, New York 10004-1408

    Re: Daniel and Lucy Benyamin
       Case No. 17-12677 (MG)

Honorable Sir:

  The Debtors submit this status report as directed by the Court.

  Since the last Case Conference, the Debtors have executed a contract of sale for their condominium apartment located at 319 East 105th Street, Unit 5E. The Debtors filed their motion to approve that sale on May 17, 2018 and it is returnable on June 19, 2018 at 10 am. Also the Debtors have filed a motion objecting to certain claims and that motion is likewise returnable on June 19.

  Generally, the Debtors are current in their payment of post petition obligations, with the exception of the payments of condo common charges. Regarding those common charges, the Debtors have been having preliminary settlement discussions with counsel for the condominium, which are ongoing.

# KORNFELD & ASSOCIATES, P.C

Debtors' April operating report will be filed shortly as soon as Debtors receive the relevant bank statements.

Respectfully yours,

Randy M. Kornfeld

RMK/me