

FRENKEL LAMBERT WEISS WEISMAN & GORDON LLP

PLEASE REPLY TO:
LONG ISLAND OFFICE
53 GIBSON STREET
BAY SHORE, NY 11706
TEL: (631) 969-3100

June 18, 2018

Clerk of the Court
US Bankruptcy Court, SDNY
One Bowling Green
New York, NY 10004-1408

      Re: Daniel Benyamin and Lucy Benyamin
      Case No.: 17-12677-mg
      Objection to Claim 6

Dear Clerk of the Court:

This firm represents Select Portfolio Servicing, Inc. As servicer for U.S. Bank National Association, as trustee, on behalf of the holders of the CSMC Mortgage-Backed Pass-Through Certificates, Series 2007-1 ("Select Portfolio Servicing, Inc.), a secured creditor in regards to the above-referenced matter.

Please allow this letter to confirm that a hearing on Debtors' motion objecting to claim 6 and Select Portfolio Servicing, Inc.'s opposition thereto scheduled for June 19, 2018 is adjourned, on consent, to July 30, 2018 at 10:00 a.m..

Please note that a hearing will be held as currently scheduled on June 19, 2018 at 10:00 a.m. on the other claims included in Debtors' omnibus motion objecting to claims and this letter is solely adjourning a hearing in relation to claim 6 from that motion.

Kindly mark your calender accordingly.

Very truly yours,
Frenkel Lambert Weiss Weisman & Gordon, LLP

BY: _____
      Elizabeth Doyaga, Esq.
      Counsel to Secured Creditor

cc:    Randy M. Kornfeld, Esq. (Via ECF)

NYC OFFICE:
61 BROADWAY, SUITE 2020
NEW YORK, NY 10006-2700
TEL: (212) 344-3100

WWW.FLWLAW.COM

NJ OFFICE:
80 MAIN STREET
WEST ORANGE, NJ 07052
TEL: (973) 325-8800