# EXHIBIT D

## Possession Statement of Ditech Financial LLC

**Account Number:**
**Primary Borrower:** Daniel Benyaminov
**Document Custodian:** Bank of New York Mellon
**Document Custodian Address:** 2322 French Settlement Suite 100
Dallas, TX 75212

**Date of Possession by Document Custodian:** 12/7/2015

Based on my review of the business records maintained by Ditech Financial LLC, I affirm
1. The Document Custodian obtained possession of the Original Note on the Date of
2. A copy of the Original Note, as endorsed, was last imaged in NIS on:

4/26/2016

[✓] the Document Custodian identified above **OR**
[ ] the Bailee identified below

**Name of Bailee:**
**Address of Bailee:**

**Release Date to Bailee:**
**Signature:** *Danielle Harris* (signature)
**Ditech Employee Name:** Danielle Harris
**Review & Execution Date:** 9/26/2017

PS-A-1.0 (11/11/2016)



