**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>DANIEL BENYAMIN<br>*a/k/a* DANIEL BENYAMINOV<br>*d/b/a* BENYAMIN CONSTRUCTION & REMODELING, LLC<br><br>and<br><br>LUCY BENYAMIN<br>*d/b/a* BENYAMIN CONSTRUCTION & REMODELING, LLC<br><br>Debtors. | Case No. 17-12677 (MG)<br><br>Chapter 11 |

# ORDER GRANTING MOTION FOR RECONSIDERATION

For the reasons stated on the record, the motion for reconsideration is granted. The matter will be set for an evidentiary hearing after counsel confer about the need for any discovery.

**IT IS SO ORDERED.**

Dated:  August 29, 2018
        New York, New York

                                                           __/s/Martin Glenn__
                                                           MARTIN GLENN
                                           United States Bankruptcy Judge