# KORNFELD & ASSOCIATES, P.C.
### ATTORNEYS AT LAW
### 240 MADISON AVENUE
### 8TH FLOOR
### NEW YORK, NY 10016

RANDY M. KORNFELD

OF COUNSEL

SAMUEL L. BRAUNSTEIN *
AMY E. TODISCO **

ADMITTED IN CT & TEXAS *
ADMITTED IN CT ONLY **

(212) 759-6767
FAX: (212) 759-6766
WWW.KORNFELDASSOCIATES.COM

ONE ELIOT PLACE
FAIRFILED, CONNECTICUT 06430
(203) 254-1118
FACSIMILE (203) 254-2453

November 28, 2018

**VIA ECF**
Honorable Martin Glenn
United States Bankruptcy Court
U.S. Bankruptcy Courthouse
One Bowling Green
New York, New York 10004-1408

      Re:    Daniel and Lucy Benyamin
               Case No. 17-12677 (MG)

Honorable Sir:

      In accordance with the Court's Order dated November 6, 2018 (Dkt. 74) I write to advise the Court that counsel conducted a "meet and confer" as the matter has not been settled.

      Counsel for Ditech has advised the undersigned that its witness at the evidentiary hearing shall be Brad Hardwick. Mr. Hardwick's deposition is scheduled for December 11, 2018. Ditech's counsel has agreed to produce documents sufficiently in advance of the deposition so as to enable the undersigned to review and prepare for the examination. The parties have just submitted to the Court a Confidentiality Agreement to be "so ordered." Counsel for Ditech has also agreed to produce the alleged original wet ink note for forensic examination.

      In light of the forgoing counsel suggest, subject to the Court's schedule, conducting the evidentiary hearing the week of January 28, 2019 or February 4, 2019. Counsel anticipate one (1) day of trial.

      In accordance with the Court's Rules counsel shall submit a joint pre-trial order and pre-hearing briefs one week before the scheduled hearing date.

# KORNFELD & ASSOCIATES, P.C.

      Should the court have any questions, respectfully feel free to contact the undersigned. Counsel shall appear for a status conference on December 4, 2018 at 3 pm prepared to discuss any other issues that may arise.

      Respectfully yours,

      Randy M. Kornfeld

RMK/me
cc: Brian Matthews, Esq.